Jennie Fannon, administratrix of the estate of Robert Chester Fannon, deceased, appellee, v. Gus O. Morton, appellant. Gen. No. 6,888.

Suit for damages for the death of a boy, resulting from coming in contact with a truck owned by defendant and driven by his son. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921.

Garrett, Maynard & Hull and Livingston & Whitmore, for appellant. Hyer & Gill, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Lawrence S. Cusick by Frank C. Cusick, appellee, v. George L. Hoffman et al., appellants. Gen. No. 6,833.

Assumpsit by a minor by his next friend to recover money paid on a contract of purchase of picture shows. Judgment for plaintiff. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1920. Reversed. Opinion filed March 17, 1921.

C. N. Hollerich and J. L. Spaulding, for appellants. L. M. Eckert and Charles S. Cullen, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Joseph Combs, appellee, v. The Johnson-Moody Company, appellant. Gen. No. 6,845.

Suit for damages for personal injuries resulting from a collision of automobiles. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

McRoberts & Morgan, for appellant. Dailey, Miller, McCormick & Radley, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Rochelle Trust & Savings Bank, executor of the estate of Margaret Sutphen, deceased, appellee, v. Estate of Charles R. Sutphen, deceased, appellant. Gen. No. 6,859.

Claim against an estate for board, lodging, mending and medical attention furnished to deceased. Claim allowed in county court and judgment for claimant on appeal to the circuit court. Appeal from the Circuit Court of Ogle county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921.

W. P. Fearer, A. W. Wilmarth and W. R. Dusher, for appellant. Floyd J. Tilton and Ferdinand J. Karasek, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.